IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| DANABY RENTALS, INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| WESTERN WORLD INSURANCE COMPANY | § | |
| | § | |
| Defendant | § | |

## **DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Western World Insurance Company files this Notice of Removal.

1. Plaintiff Danaby Rentals, Inc. is now and when suit was filed a limited liability company formed under the laws of the state of Texas with its principal place of business in Texas. (Removal Index 010, ¶ 1.)

2. Defendant Western World Insurance Company is now a corporation incorporated in the State of New Hampshire with its administrative office in New Jersey and principal place of business in New York, and when suit was filed a corporation incorporated in the State of New Hampshire with its principal place of business in New York. (Removal Index 032.)

3. Because Plaintiff is now and was a citizen of Texas when suit was filed and because Defendant Western World is now and when suit was filed a citizen of New Hampshire and New York, complete diversity of citizenship exists among the parties.

4. This Notice of Removal is timely because it is filed within 30 days of the earliest possible date on which Defendant could colorably be regarded as having been served with the suit summons and complaint. (Removal Index 023.)

5. The amount in controversy exceeds $75,000, exclusive of interest and costs, as the

Plaintiff seeks $158,200.00 in alleged damages.  (Removal Index 035.)

6. Because complete diversity of citizenship exists among the parties and because the amount in controversy exceeds $75,000.00 exclusive of interest and costs, this action is removable under 28 U.S.C. §§ 1332(b) and 1441.

7. Removal venue is proper in the present Court pursuant to 28 U.S.C. 1441(a), because the United States District Court for the Southern District of Texas, McAllen Division, embraces the 92nd District Court, Hidalgo County Texas, where the state court action was originally filed.  (Removal Index 010.)

8. True and correct copies of the state court materials are filed with this Notice. (Removal Index 001 - 0031.)

9. A list of all counsel of record, including addresses, telephone numbers and parties represented is attached.

## **CONCLUSION**

By this Notice of Removal, Defendant does not waive any objections as to service, jurisdiction or venue or any other defenses or objections in this action, except as expressly herein admitted, and Defendants expressly reserve all defenses, motions and pleas.

    Respectfully submitted,

    ROBERT G. HOGUE, P.C.

By:    *s/Robert G. Hogue*
    Robert G. Hogue
    State Bar No. 09811050
    Highland Park Place
    4514 Cole Avenue, Suite 600
    Dallas, Texas 75205-4193
    Phone: (214) 559-7107
    Fax: (214) 559-7101
    Email:  robhogue@msn.com

    COUNSEL FOR DEFENDANT WESTERN WORLD

INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 13th day of September, 2024, a true and correct copy of this document was served on counsel for the Plaintiff as follows:

Maria Gerguis                                             <u>Via ECF</u>
DALY & BLACK, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
mgerguis@dalyblack.com
rdaly@dalyblack.com
ecfs@dalyblack.com

ATTORNEYS FOR PLAINTIFF
DANABY RENTALS, INC.

                                                By:      <u>s/*Robert G. Hoque*</u>

## **LIST OF COUNSEL OF RECORD**

Maria Gerguis
Richard D. Daly
DALY & BLACK, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
(713) 655-1405
mgerguis@dalyblack.com
rdaly@dalyblack.com
ecfs@dalyblack.com

ATTORNEYS FOR PLAINTIFF
DANABY RENTALS, INC.


Robert G. Hogue
Highland Park Place
4514 Cole Avenue, Suite 600
Dallas, Texas 75205-4193
Phone: (214) 559-7107
Fax: (214) 559-7101
Email:  robhogue@msn.com

COUNSEL FOR DEFENDANT WESTERN WORLD
  INSURANCE COMPANY