IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

DANABY RENTALS, INC.                    §
                                        §
  Plaintiff                             §
                                        §
v.                                      §          Civil Action No. _____
                                        §
WESTERN WORLD INSURANCE COMPANY         §
                                        §
  Defendant                             §

## <u>DEFENDANT'S NOTICE OF REMOVAL INDEX OF DOCUMENTS</u>

TO THE HONORABLE UNITED STATES DISTRICT COURT:

    Defendant Western World Insurance Company files this Notice of Removal Index of Documents herein.

| <u>DOCUMENTS</u> | <u>PAGES</u> |
|---|---|
| State court documents | 001 - 031 |
| Western World Insurance Company citizenship information | 032 |
| Plaintiff's demand letter | 033 - 035 |

                          Respectfully submitted,

                          ROBERT G. HOGUE, P.C.

By:       s/*Robert G. Hogue*
                    Robert G. Hogue
                    State Bar No. 09811050

                    Highland Park Place
                    4514 Cole Avenue, Suite 600
                    Dallas, Texas 75205-4193
                    Phone: (214) 559-7107
                    Fax: (214) 559-7101
                    Email:  robhogue@msn.com

                    COUNSEL FOR DEFENDANT WESTERN WORLD
                      INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2024, a true and correct copy of this document was served on counsel for the Plaintiff as follows:

Maria Gerguis                          <u>Via ECF</u>
DALY & BLACK, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
mgerguis@dalyblack.com
rdaly@dalyblack.com
ecfs@dalyblack.com

ATTORNEYS FOR PLAINTIFF
ST. GABRIEL INVESTMENTS LLC

By:    s/*Robert G. Hogue*

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back                    Location : All Courts   Images

# REGISTER OF ACTIONS
## CASE NO. C-2918-24-A

| Danaby Rentals, Inc. VS. Western World Insurance Company | § § § § § | Case Type: | Contract - Consumer/Commercial/Debt (OCA) |
|---|---|---|---|
| | | Date Filed: | 06/24/2024 |
| | | Location: | 92nd District Court |

---

### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| Defendant | Western World Insurance Company | | ROBERT G. HOQUE *Retained* 214-741-7548(W) |
| Plaintiff | Danaby Rentals, Inc. | | MARIA GERGUIS *Retained* 713-655-1405(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 06/24/2024 | **Original Petition (OCA)** | | |
| 06/24/2024 | **Request for Service** | | |
| 06/24/2024 | Citation | | |
| | Western World Insurance Company | Unserved | |
| 08/01/2024 | **Amended Petition** | | |
| | *FIRST AMENDED PETITION* | | |
| 08/01/2024 | **Request for Service** | | |
| 08/05/2024 | Citation | | |
| | Western World Insurance Company | Served | 08/14/2024 |
| | | Returned | 08/20/2024 |
| 08/05/2024 | **Citation Issued** | | |
| 09/05/2024 | **Defendant's Original Answer** | | |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| **Plaintiff** Danaby Rentals, Inc. | | | | |
| Total Financial Assessment | | | | 370.00 |
| Total Payments and Credits | | | | 370.00 |
| **Balance Due as of 09/11/2024** | | | | **0.00** |
| 06/24/2024 | Transaction Assessment | | | 358.00 |
| 06/24/2024 | EFile Payments from TexFile | Receipt # DC-2024-010527 | Danaby Rentals, Inc. | (221.00) |
| 06/24/2024 | State Credit | | | (137.00) |
| 08/05/2024 | Transaction Assessment | | | 12.00 |
| 08/05/2024 | EFile Payments from TexFile | Receipt # DC-2024-013068 | Danaby Rentals, Inc. | (12.00) |

WWIC Removal Index 001

Electronically Filed
6/29/2024 12:00 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

CAUSE NO. **C-2918-24-A** _____

| | | |
|---|---|---|
| DANABY RENTALS, INC., | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | HIDALGO COUNTY, TEXAS |
| WESTERN WORLD INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Danaby Rentals, Inc., ("Danaby"), Plaintiff herein, files this Original Petition against Western World Insurance Company ("Western World") and, in support of its causes of action, would respectfully show the Court the following:

### I.
### THE PARTIES

1.     Danaby is a Texas corporation licensed to do business in the state of Texas with its principal place of business in Hidalgo County, Texas.

2.     Western World is an insurance company doing business in the State of Texas which may be served through its registered agent for service of process in the State of Texas, Texas Commissioner of Insurance, via certified mail at P. O. Box 149104, Austin, Texas 78714-9104. The Commissioner shall then forward such process to Western World Insurance Group, Claims Department, 300 Kimball Drive, Suite 500, Parsippany, NJ 07054.

### II.
### DISCOVERY

3.     This case is intended to be governed by Discovery Level 2.

WWIC Removal Index 002

Electronically Filed
6/29/2024 12:00 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-2918-24-A**

### III.
### CLAIM FOR RELIEF

4.      The damages sought are within the jurisdictional limits of this court.  Danaby currently seeks only monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorneys' fees and costs.

### IV.
### JURISDICTION AND VENUE

5.      This court has subject matter jurisdiction of this cause of action because it involves an amount in controversy in excess of the minimum jurisdictional limits of this Court.

6.      Venue is proper in Hidalgo County because all or a substantial part of the events or omissions giving rise to the claim occurred in Hidalgo County. TEX. CIV. PRAC. & REM. CODE §15.002(a)(1). In particular, the loss at issue occurred in Hidalgo County.

### V.
### FACTUAL BACKGROUND

7.      Danaby is a named insured under a property insurance policy issued by Western World bearing policy number NPP8751678.

8.      On or about April 29, 2023, a storm hit the Edinburg, Texas area, damaging Danaby's building and other property.  Danaby subsequently filed a claim on its insurance policy.  Western World assigned it claim number 181763.

9.       Western World improperly denied and/or underpaid the claim.

10.      The adjuster assigned to this claim conducted a substandard investigation and inspection of the property, prepared a report that failed to include all of the damages were observed during the inspection, and undervalued the damages observed during the inspection.

11.      The adjuster's unreasonable investigation led to the underpayment of Danaby's claim.

WWIC Removal Index 003

Electronically Filed
6/24/2024 12:00 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

C-2918-24-A

12.     Moreover, Western World performed an outcome-oriented investigation of Danaby's claim, which resulted in a biased, unfair, and inequitable evaluation of Danaby's losses on the property.

## VI.
## CAUSES OF ACTION

13.     Each of the foregoing paragraphs is incorporated by reference in the following:

**A.      Breach of Contract**

14.     Danaby had a contract of insurance with Western World.  Western World breached the terms of that contract by wrongfully denying and/or underpaying the claim and Danaby was damaged thereby.

**B.      Prompt Payment of Claims Statute**

15.     The failure of Western World to pay for the losses and/or to follow the statutory time guidelines for accepting or denying coverage constitutes a violation of Article 542.051 *et seq.* of the Texas Insurance Code.

16.     Danaby, therefore, in addition to its claim for damages, is entitled to interest and attorneys' fees as set forth in Article 542.060 of the Texas Insurance Code.

**C.      Bad Faith**

17.     Defendant is required to comply with Chapter 541 of the Texas Insurance Code.

18.     Defendant violated § 541.051 of the Texas Insurance Code by:

(1)     making statements misrepresenting the terms and/or benefits of the policy.

19.     Defendant violated § 541.060 by:

(1)     misrepresenting to Danaby a material fact or policy provision relating to coverage at issue;

WWIC Removal Index 004

Electronically Filed
6/29/2024 12:00 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

C-2918-24-A

(2)     failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which the insurer's liability had become reasonably clear;

(3)     failing to promptly provide to Danaby a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for the insurer's denial of a claim or offer of a compromise settlement of a claim;

(4)     failing within a reasonable time to affirm or deny coverage of a claim to Danaby or submit a reservation of rights to Danaby; and

(5)     refusing to pay the claim without conducting a reasonable investigation with respect to the claim;

20.     Defendant violated § 541.061 by:

(1)     making an untrue statement of material fact;

(2)     failing to state a material fact necessary to make other statements made not misleading considering the circumstances under which the statements were made;

(3)     making a statement in a manner that would mislead a reasonably prudent person to a false conclusion of a material fact;

(4)     making a material misstatement of law; and

(5)     failing to disclose a matter required by law to be disclosed.

21.     Defendant's violations of Chapter 541 of the Texas Insurance Code enumerated above caused damages to Plaintiff in at least the amount of policy benefits wrongfully withheld.

22.     Defendant knowingly committed the acts complained of.  As such, Plaintiff is entitled to exemplary and/or treble damages pursuant to Texas Insurance Code § 541.152(a)-(b).

**D.     Attorneys' Fees**

WWIC Removal Index 005

Electronically Filed
6/24/2024 12:00 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-2918-24-A**

23.     Danaby engaged the undersigned attorney to prosecute this lawsuit against Western World and agreed to pay reasonable attorneys' fees and expenses through trial and any appeal.

24.     Danaby is entitled to reasonable and necessary attorney's fees pursuant to TEX. CIV. PRAC. & REM. CODE §§ 38.001-38.003 because it is represented by an attorney, presented the claim to Western World, and Western World did not tender the just amount owed before the expiration of the 30th day after the claim was presented.

25.     Danaby further prays that it be awarded all reasonable attorneys' fees incurred in prosecuting its causes of action through trial and any appeal pursuant to Sections 541.152 542.060 of the Texas Insurance Code.

## VII.
## CONDITIONS PRECEDENT

26.     All conditions precedent to Danaby's right to recover have been fully performed or have been waived by Defendant.

## VIII.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Danaby Rentals, Inc. prays that, upon final hearing of the case, it recover all damages from and against Defendant that may reasonably be established by a preponderance of the evidence, and that Danaby be awarded attorneys' fees through trial and appeal, costs of court, pre-judgment interest, post-judgment interest, and such other and further relief, general or special, at law or in equity, to which Danaby may show itself to be justly entitled.

WWIC Removal Index 006

Electronically Filed
6/24/2024 12:00 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-2918-24-A**

Respectfully submitted,

**DALY & BLACK, P.C.**

By:____*/s/ Maria Gerguis*____
      Maria Gerguis
      TBA No. 24090355
      mgerguis@dalyblack.com
      Richard D. Daly
      TBA No. 00796429
      rdaly@dalyblack.com
      ecfs@dalyblack.com
      2211 Norfolk St., Suite 800
      Houston, Texas 77098
      713.655.1405—Telephone
      713.655.1587—Fax

      **ATTORNEYS FOR PLAINTIFF**

WWIC Removal Index 007

Electronically Filed
6/24/2024 12:00 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

`



**DALY & BLACK, P.C.**

**C-2918-24-A**

June 23, 2024

Hidalgo County District Clerk

WWTC Removal Index 008

Electronically Filed
6/24/2024 12:00 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

C-2918-24-A



June 23, 2024

Hidalgo County District Clerk
100 N. Closner
Edinburg, TX 78539
ATTN: CIVIL DEPARTMENT

RE:     Cause No. _____; *Danaby Rentals, Inc. v. Western World Insurance Company*; in County Court at Law No. _____, Hidalgo County, Texas

Dear Clerk:

When preparing the citation for service upon the defendant's registered agent, the Texas Department of Insurance, **please be sure to include the following information on the citation**:

Western World Insurance Company, Through the Texas Commissioner of Insurance, P.O. Box 149104, Austin, Texas 78714-9104

Texas Department of Insurance should then forward the process to Western World Insurance Group, Claims Department, 300 Kimball Drive, Suite 500 Parsippany, NJ 07054.

**Please note that failing to include the above language on the citation will result in the Texas Department of Insurance not being able to forward the citation to the defendant.**

The appropriate fee for the issuance of citation has been paid. Please eserve the citation to ecfsf@dalyblack.com for further handling. If you have any questions, please contact our office.

Thank you.

Sincerely,

/s/ Sylvia Zuniga-Vargas

Paralegal

WWIC Removal Index 009

Electronically Filed
8/1/2024 3:59 PM
Hidalgo County District Clerks
Reviewed By: Gino Rodriguez

CAUSE NO. C-2918-24-A

| | | |
|---|---|---|
| DANABY RENTALS, INC., | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | HIDALGO COUNTY, TEXAS |
| WESTERN WORLD INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST AMENDED PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Danaby Rentals, Inc., ("Danaby"), Plaintiff herein, files this First Amended Petition against Western World Insurance Company ("Western World") and, in support of its causes of action, would respectfully show the Court the following:

## I.
## THE PARTIES

1.    Danaby is a Texas corporation licensed to do business in the state of Texas with its principal place of business in Hidalgo County, Texas.

2.    Western World is an insurance company doing business in the State of Texas which may be served through its registered agent for service of process in the State of Texas, Texas Commissioner of Insurance, via certified mail at Chief Clerk Office, Mail Code GC-CCO, P. O. Box 12030, Austin, Texas 78711. The Commissioner shall then forward such process to Western World Insurance Group, Claims Department, 300 Kimball Drive, Suite 500, Parsippany, NJ 07054.

## II.
## DISCOVERY

3.    This case is intended to be governed by Discovery Level 2.

WWIC Removal Index 010

Electronically Filed
8/1/2024 3:59 PM
Hidalgo County District Clerks
Reviewed By: Gino Rodriguez

### III.
### CLAIM FOR RELIEF

4.     The damages sought are within the jurisdictional limits of this court.  Danaby currently seeks only monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorneys' fees and costs.

### IV.
### JURISDICTION AND VENUE

5.     This court has subject matter jurisdiction of this cause of action because it involves an amount in controversy in excess of the minimum jurisdictional limits of this Court.

6.     Venue is proper in Hidalgo County because all or a substantial part of the events or omissions giving rise to the claim occurred in Hidalgo County. TEX. CIV. PRAC. & REM. CODE §15.002(a)(1). In particular, the loss at issue occurred in Hidalgo County.

### V.
### FACTUAL BACKGROUND

7.     Danaby is a named insured under a property insurance policy issued by Western World bearing policy number NPP8751678.

8.     On or about April 29, 2023, a storm hit the Edinburg, Texas area, damaging Danaby's building and other property.  Danaby subsequently filed a claim on its insurance policy.  Western World assigned it claim number 181763.

9.      Western World improperly denied and/or underpaid the claim.

10.     The adjuster assigned to this claim conducted a substandard investigation and inspection of the property, prepared a report that failed to include all of the damages were observed during the inspection, and undervalued the damages observed during the inspection.

11.     The adjuster's unreasonable investigation led to the underpayment of Danaby's claim.

2

WWIC Removal Index 011

Electronically Filed
8/1/2024 3:59 PM
Hidalgo County District Clerks
Reviewed By: Gino Rodriguez

12.     Moreover, Western World performed an outcome-oriented investigation of Danaby's claim, which resulted in a biased, unfair, and inequitable evaluation of Danaby's losses on the property.

## VI.
## CAUSES OF ACTION

13.     Each of the foregoing paragraphs is incorporated by reference in the following:

**A.    Breach of Contract**

14.     Danaby had a contract of insurance with Western World.  Western World breached the terms of that contract by wrongfully denying and/or underpaying the claim and Danaby was damaged thereby.

**B.    Prompt Payment of Claims Statute**

15.     The failure of Western World to pay for the losses and/or to follow the statutory time guidelines for accepting or denying coverage constitutes a violation of Article 542.051 *et seq.* of the Texas Insurance Code.

16.     Danaby, therefore, in addition to its claim for damages, is entitled to interest and attorneys' fees as set forth in Article 542.060 of the Texas Insurance Code.

**C.    Bad Faith**

17.     Defendant is required to comply with Chapter 541 of the Texas Insurance Code.

18.     Defendant violated § 541.051 of the Texas Insurance Code by:

(1)     making statements misrepresenting the terms and/or benefits of the policy.

19.     Defendant violated § 541.060 by:

(1)     misrepresenting to Danaby a material fact or policy provision relating to coverage at issue;

3

WWIC Removal Index 012

Electronically Filed
8/1/2024 3:59 PM
Hidalgo County District Clerks
Reviewed By: Gino Rodriguez

(2)    failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which the insurer's liability had become reasonably clear;

(3)    failing to promptly provide to Danaby a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for the insurer's denial of a claim or offer of a compromise settlement of a claim;

(4)    failing within a reasonable time to affirm or deny coverage of a claim to Danaby or submit a reservation of rights to Danaby; and

(5)    refusing to pay the claim without conducting a reasonable investigation with respect to the claim;

20.    Defendant violated § 541.061 by:

(1)    making an untrue statement of material fact;

(2)    failing to state a material fact necessary to make other statements made not misleading considering the circumstances under which the statements were made;

(3)    making a statement in a manner that would mislead a reasonably prudent person to a false conclusion of a material fact;

(4)    making a material misstatement of law; and

(5)    failing to disclose a matter required by law to be disclosed.

21.    Defendant's violations of Chapter 541 of the Texas Insurance Code enumerated above caused damages to Plaintiff in at least the amount of policy benefits wrongfully withheld.

22.    Defendant knowingly committed the acts complained of.  As such, Plaintiff is entitled to exemplary and/or treble damages pursuant to Texas Insurance Code § 541.152(a)-(b).

**D.**    **Attorneys' Fees**

4

WWIC Removal Index 013

Electronically Filed
8/1/2024 3:59 PM
Hidalgo County District Clerks
Reviewed By: Gino Rodriguez

23.     Danaby engaged the undersigned attorney to prosecute this lawsuit against Western World and agreed to pay reasonable attorneys' fees and expenses through trial and any appeal.

24.     Danaby is entitled to reasonable and necessary attorney's fees pursuant to TEX. CIV. PRAC. & REM. CODE §§ 38.001-38.003 because it is represented by an attorney, presented the claim to Western World, and Western World did not tender the just amount owed before the expiration of the 30th day after the claim was presented.

25.     Danaby further prays that it be awarded all reasonable attorneys' fees incurred in prosecuting its causes of action through trial and any appeal pursuant to Sections 541.152 542.060 of the Texas Insurance Code.

**VII.**
**CONDITIONS PRECEDENT**

26.     All conditions precedent to Danaby's right to recover have been fully performed or have been waived by Defendant.

**VIII.**
**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Danaby Rentals, Inc. prays that, upon final hearing of the case, it recover all damages from and against Defendant that may reasonably be established by a preponderance of the evidence, and that Danaby be awarded attorneys' fees through trial and appeal, costs of court, pre-judgment interest, post-judgment interest, and such other and further relief, general or special, at law or in equity, to which Danaby may show itself to be justly entitled.

WWIC Removal Index 014

Electronically Filed
8/1/2024 3:59 PM
Hidalgo County District Clerks
Reviewed By: Gino Rodriguez

Respectfully submitted,

**DALY & BLACK, P.C.**

By: _/s/ Maria Gerguis_
       Maria Gerguis
       TBA No. 24090355
       mgerguis@dalyblack.com
       Richard D. Daly
       TBA No. 00796429
       rdaly@dalyblack.com
       ecfs@dalyblack.com
       2211 Norfolk St., Suite 800
       Houston, Texas 77098
       713.655.1405—Telephone
       713.655.1587—Fax

       **ATTORNEYS FOR PLAINTIFF**

WWIC Removal Index 015

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Richard Daly on behalf of Maria Gerguis
Bar No. 24090355
ecfs@dalyblack.com
Envelope ID: 90449452
Filing Code Description: Amended Filing
Filing Description: PLAINTIFF'S FIRST AMENDED PETITION
Status as of 8/5/2024 10:49 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard D.Daly | | ecfs@dalyblack.com | 8/1/2024 3:59:13 PM | SENT |
| Maria Gerguis | | mgerguis@dalyblack.com | 8/1/2024 3:59:13 PM | SENT |
| Darwin Blanco | | dblanco@dalyblack.com | 8/1/2024 3:59:13 PM | SENT |
| Sylvia Zuniga-Vargas | | svargas@dalyblack.com | 8/1/2024 3:59:13 PM | SENT |

Electronically Filed
8/1/2024 3:59 PM
Hidalgo County District Clerks
Reviewed By: Gino Rodriguez



**DALY & BLACK, P.C.**

August 1, 2024

Hidalgo County District Clerk
100 N. Closner
Edinburg, TX 78539
ATTN:  CIVIL DEPARTMENT

       RE:    Cause No. C-2918-24-A; *Danaby Rentals, Inc. v. Western World Insurance Company;* in the _____ District Court, Hidalgo County, Texas

Dear Clerk:

Please issue a citation for service on the defendant.  When preparing the citation for service, **please be sure to include the following information on the citation**:

       Western World Insurance Company
       Through its registered agent
       Texas Department of Insurance
       Chief Clerk Office
       Mail Code GC-CCO
       P. O. Box 12030
       Austin, TX 78711

       Texas Department of Insurance should then forward the process to
       Western World Insurance Group
       Claims Department
       300 Kimball Drive, Suite 500
       Parsippany, NJ 07054.

**Please note that failing to include the above language on the citation will result in the Texas Department of Insurance not being able to forward the citation to the defendant**.

       The appropriate fee for the issuance of citation has been paid.  Please e-serve the citation to ecfs@dalyblack.com for further handling. If you have any questions, please contact our office.  Thank you.

       Sincerely,

       */s/ Sylvia Zuniga-Vargas*

       Paralegal

WWIC Removal Index 017

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Richard Daly on behalf of Maria Gerguis
Bar No. 24090355
ecfs@dalyblack.com
Envelope ID: 90449452
Filing Code Description: Amended Filing
Filing Description: PLAINTIFF'S FIRST AMENDED PETITION
Status as of 8/5/2024 10:49 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Maria Gerguis | | mgerguis@dalyblack.com | 8/1/2024 3:59:13 PM | SENT |
| Darwin Blanco | | dblanco@dalyblack.com | 8/1/2024 3:59:13 PM | SENT |
| Sylvia Zuniga-Vargas | | svargas@dalyblack.com | 8/1/2024 3:59:13 PM | SENT |
| Richard D.Daly | | ecfs@dalyblack.com | 8/1/2024 3:59:13 PM | SENT |

WWIC Removal Index 018

C-2918-24-A
**92ND DISTRICT COURT, HIDALGO COUNTY, TEXAS**

**CITATION**
**THE STATE OF TEXAS**

     **NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO: TEXAS COMMISSIONER OF        IN TURNFORWARDING TO: WESTERN
INSURANCE                             WORLD INSURANCE GROUP, CLAIMS
P.O. BOX 12030                         DEPARTMENT
AUSTIN, TEXAS 78711               300 KIMBALL DRIVE SUITE 500
                                     PARSIPPANY, NJ 07054

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S FIRST AMENDED PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Luis M. Singleterry, 92nd District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 24th day of June, 2024 and a copy of same accompanies this citation. The file number and style of said suit being C-2918-24-A, **DANABY RENTALS, INC. VS. WESTERN WORLD INSURANCE COMPANY**

Said Petition was filed in said court by Attorney MARIA GERGUIS, 2211 NORFOLK ST STE 800 HOUSTON TX 77098.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 5th day of August, 2024.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_____
**GINO RODRIGUEZ, DEPUTY CLERK**

WWIC Removal Index 019

**C-2918-24-A**
## OFFICER'S RETURN

Came to hand on _____ of _____, 202____ at _____ o'clock _____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
           miles ....................$_____

_____
**DEPUTY**

### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 202___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / PSC Number**

WWIC Removal Index 020

Electronically Filed
8/5/2024 4:23 PM
Hidalgo County District Clerks
Reviewed By: Gino Rodriguez



# LAURA HINOJOSA
## HIDALGO COUNTY DISTRICT CLERK

Greetings:

Attached you will find the service requested.

May this serve to inform you that service has been issued.  Please proceed in attaching any file stamped documents and attachments that need to be served on your issued service.

Please note, the link you are about to open is a "live link" notification.  Please ensure you are printing the service, which includes our clerk's signature and the State Seal.  If you are opening a document without the official certification (signature and seal), please close the window until the document is processed accordingly. This may take a few minutes.

*When serving protective orders, please DO NOT serve the TCIC form to the respondent.

We appreciate the opportunity to assist you. Please contact our office if you have any questions or require additional information.


Sincerely,

*Laura Hinojosa*

Hidalgo County District Clerk

Post Office Box 87  Edinburg, Texas 78540  Telephone 956-318-2200  Facsimile 956-318-2251  districtclerk@co.hidalgo.tx.us

| Nilda Palacios | Ricardo Contreras | Adriana "Audry" Garcia | Sabrina S. Guerra | Stephanie Palacios | Priscilla Rivas |
|---|---|---|---|---|---|
| CHIEF DEPUTY | CHIEF OF ADMINISTRATION & PUBLIC INFORMATION | ASSISTANT CHIEF DEPUTY | SENIOR ACCOUNTANT | BUDGET AND PROCUREMENT OFFICER | DIVISION MANAGER |

WWIC Removal Index 021

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 90553017
Filing Code Description: Service Issued
Filing Description:
Status as of 8/5/2024 4:26 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard D.Daly | | ecfs@dalyblack.com | 8/5/2024 4:23:58 PM | SENT |

WWIC Removal Index 022

Electronically Filed
8/20/2024 11:16 AM
Hidalgo County District Clerks
Reviewed By: Gino Rodriguez

CAUSE NO. C-2918-24-A

| DANABY RENTALS, INC., | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff(s), | § | |
| vs. | § | 92ND JUDICIAL DISTRICT |
| | § | |
| WESTERN WORLD INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant(s). | § | HIDALGO COUNTY, TEXAS |

## RETURN OF SERVICE

Came to hand on **Tuesday, August 6, 2024 at 9:00 AM,**
Executed at: **P.O. BOX 12030, AUSTIN, TX 78711**
on **Wednesday, August 14, 2024,** by delivering to the within named:

### WESTERN WORLD INSURANCE GROUP

By delivering to it's the **TEXAS COMMISSIONER OF INSURANCE,** by Certified Mail Return
Receipt Requested, tracking number **9414 8118 9876 5463 7661 39,** a true copy of this

### CITATION and PLAINTIFF'S FIRST AMENDED PETITION

**with a $50.00 check for the Commissioner of Insurance fees included**

The return receipt, accepted by **MATIAS H. REVELES, Authorized Agent** of the Texas
Commissioner of Insurance, is attached to this form.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Charity N. Coleman, my date of birth is January 8, 1973  and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

**Executed in Dallas County, State of Texas, on Sunday, August 18, 2024**

By: _Charity N Coleman_

**Charity N. Coleman - PSC 2761 - Exp 06/30/25**
**served@specialdelivery.com**

WWIC Removal Index 023

Electronically Filed
8/20/2024 11:16 AM
Hidalgo County District Clerks
Reviewed By: Gino Rodriguez


**UNITED STATES**
**POSTAL SERVICE**

August 15, 2024

Dear Reference  2190117:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9876 5463 7661 39**.

| Item Details | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | August 14, 2024, 6:38 am |
| **Location:** | AUSTIN, TX 78711 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | TEXAS COMMISSIONER OF INSURANCE WESTERN WORLD IN |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

<span style="color:red">WWIC Removal Index 024</span>

Electronically Filed
8/20/2024 11:16 AM
Hidalgo County District Clerks
Reviewed By: Gino Rodriguez

Tasha Coleman
5470 LYNDON B JOHNSON FWY STE 100
DALLAS TX 75240-1044

$9.78     **US POSTAGE**
**FIRST-CLASS**
Aug 06 2024
Mailed from ZIP 75240
4 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 3
11923275

062S0011718299

stamps
endicia

## USPS CERTIFIED MAIL



9414 8118 9876 5463 7661 39

WESTERN WORLD INSURANCE GROUP
TEXAS COMMISSIONER OF INSURANCE
PO BOX 12030
AUSTIN TX 78711-2030

2190117

WWIC Removal Index 025

Electronically Filed
8/20/2024 11:16 AM
Hidalgo County District Clerks
Reviewed By: Gino Rodriguez

**SPECIAL DELIVERY SERVICE, INC.**

19539

TEXAS COMMISSIONER OF INS          August 6, 2024          Check No.  195391

| Document No. | Doc. Date | Amount | Discount | Net Amount |
|---|---|---|---|---|
| 2190117 | 08/06/24 | 50.00 | | 50.00 |



WWIC Removal Index 026


Electronically Filed
8/20/2024 11:16 AM
Hidalgo County District Clerks
Reviewed By: Gino Rodriguez

C-2918-24-A

## 92ND DISTRICT COURT, HIDALGO COUNTY, TEXAS

### CITATION
### THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO: TEXAS COMMISSIONER OF
INSURANCE
P.O. BOX 12030
AUSTIN, TEXAS 78711

IN TURNFORWARDING TO: WESTERN
WORLD INSURANCE GROUP, CLAIMS
DEPARTMENT
300 KIMBALL DRIVE SUITE 500
PARSIPPANY, NJ 07054

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S FIRST AMENDED PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Luis M. Singleterry, 92nd District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 24th day of June, 2024 and a copy of same accompanies this citation. The file number and style of said suit being C-2918-24-A, **DANABY RENTALS, INC. VS. WESTERN WORLD INSURANCE COMPANY**

Said Petition was filed in said court by Attorney MARIA GERGUIS, 2211 NORFOLK ST STE 800 HOUSTON TX 77098.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 5th day of August, 2024.

LAURA HINOJOSA, DISTRICT CLERK
100 N. CLOSNER, EDINBURG, TEXAS
HIDALGO COUNTY, TEXAS



_____
**GINO RODRIGUEZ, DEPUTY CLERK**

WWIC Removal Index 027

Electronically Filed
8/20/2024 11:16 AM
Hidalgo County District Clerks
Reviewed By: Gino Rodriguez

## C-2918-24-A
## OFFICER'S RETURN

Came to hand on _____ of _____, 202____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

RETURN / AFFIDAVIT
PROOF / ATTACHED

Fees:  serving ... copy(s) $_____
        miles ...................$_____

_____
**DEPUTY**

## COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____ County, State of Texas, on the _____ day of _____, 202___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / PSC Number**

WWIC Removal Index 028

Electronically Filed
9/9/2024 12:58 PM
Hidalgo County District Clerks
Reviewed By: Gino Rodriguez

No. C-2918-24-A

| | | |
|---|---|---|
| DANABY RENTALS, INC. | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | HIDALGO COUNTY, TEXAS |
| | § | |
| WESTERN WORLD INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant | § | 92nd JUDICIAL DISTRICT |

## **DEFENDANT'S ORIGINAL ANSWER**

TO THE HONORABLE STATE DISTRICT COURT:

Defendant Western World Insurance Company files this Original Answer herein.

## **General Denial**

Defendant files this general denial pursuant to Rule 92 of the Texas Rules of Civil Procedure, thereby denying every allegation contained in the Plaintiff's Petitions, and demanding strict proof thereof as required by the laws of the State of Texas.

WHEREFORE, Defendant Western World Insurance Company respectfully prays that the Plaintiff take nothing on its claims and allegations against Defendant, and that the Defendant be awarded all such other and further relief to which it may be entitled.

Respectfully submitted,

ROBERT G. HOGUE, P.C.

By:    s/*Robert G. Hogue*

Robert G. Hogue
State Bar No. 09811050

- 1 -

WWIC Removal Index 029

Electronically Filed
9/5/2024 12:58 PM
Hidalgo County District Clerks
Reviewed By: Gino Rodriguez

Highland Park Place
4514 Cole Avenue, Suite 600
Dallas, Texas 75205-4193
Phone: (214) 559-7107
Fax: (214) 559-7101
Email: robhogue@msn.com

COUNSEL FOR DEFENDANT


**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of September, 2024, a true and correct copy of this document was served on counsel for the Plaintiff as follows:

Maria Gerguis                                    Via e-service
DALY & BLACK, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
mgerguis@dalyblack.com
rdaly@dalyblack.com
ecfs@dalyblack.com

ATTORNEYS FOR PLAINTIFF
ST. GABRIEL INVESTMENTS LLC

By:      s/*Robert G. Hogue*

- 2 -

WWIC Removal Index 030

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Robert Hogue
Bar No. 9811050
robhogue@msn.com
Envelope ID: 91681214
Filing Code Description: Answer/Response
Filing Description: Defendant's Original Answer
Status as of 9/5/2024 2:23 PM CST

Associated Case Party: Western World Insurance Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert G.Hogue | | robhogue@msn.com | 9/5/2024 12:58:37 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard D.Daly | | ecfs@dalyblack.com | 9/5/2024 12:58:37 PM | SENT |
| Maria Gerguis | | mgerguis@dalyblack.com | 9/5/2024 12:58:37 PM | SENT |
| Darwin Blanco | | dblanco@dalyblack.com | 9/5/2024 12:58:37 PM | SENT |
| Sylvia Zuniga-Vargas | | svargas@dalyblack.com | 9/5/2024 12:58:37 PM | SENT |



## Find and run a report



**Surplus lines**
To best view the report, you might need to export it.

**Run Report**

**Surplus lines**

| EIN | NAIC ID | TDI NO | COMPANY NAME | ELIGIBILITY DATE | DOMICILE STATE or COUNTRY | MAILING ADDRESS | CITY | STATE | COUNTRY CODE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|
| 020266622 | 13196 | 101155 | Western World Insurance Company | 1981/01/01 | NH | 300 KIMBALL DR STE 500 | PARSIPPANY | NJ | | 07054 |

Showing 1 to 1 of 1 entries (filtered from 375 total entries)      Previous  1  Next

Hide / Show menu

Agent Licensing - Appointments

Agent Licensing - Escrow Officers and Title Agencies

Agent Licensing - Surplus Lines Agents and Agencies

Agents for service of process

Company licensing
  - Authorized insurance companies
  - HMO by county search
  - Foreign risk retention groups
  - Reinsurers
  - Premium finance companies
  - Previous company names
  - Surplus lines
  - Purchasing groups
  - Third party administrators
  - Active syndicates
  - Life settlement
  - Purchasing co-op/coalitions

Rate and form filing

Utilization review agent /

WWIC Removal Index 032



**DALY & BLACK, P.C.**

February 16, 2024

Claim Department
Western World Insurance Company
c/o AIG Claims
300 Kimball Drive, Suite 500
Parsippany, NJ 07054
*Via Email:* *reportaclaim@westernworld.com*

RE:    Notice Required by Sections 541.154 and 542A.003 of the Texas Insurance Code
        Insured:            Danaby Rentals, Inc.
        Claim No.:          181763
        Policy No.:         NPP8751678
        Loss Location:      516 W Canton Rd., Edinburg,Texas 78539

Dear Western World:

This letter will serve as the notice required by Sections 541.154 and 542A.003 of the Texas Insurance Code. As required by Section 542A.003, a copy of this notice was provided to our client.

**"[A] statement of the acts or omissions giving rise to the claim"[1] and "the specific complaint":[2]**

On or about April 29, 2023, a Hail/Wind storm struck the Edinburg, Texas area. At that time, your insured, Danaby Rentals, Inc. ("Claimant") was a named insured under a property insurance policy with a limit of $725,000.00 (Policy Number NPP8751678) issued by you.

Claimant's property insured by the Policy was damaged extensively by the storm. Claimant made a claim under the Policy.

You sent an adjuster to adjust the claim who was inadequately trained and/or failed to conduct a thorough inspection in order to identify covered damage and/or intentionally ignored covered damage. As a result, you denied Claimant's claim.

Your actions amount to breach of contract and breach of the common law duty of good faith and fair dealing. They also constitute unfair settlement practices and/or actionable misrepresentations under Chapter 541 of the Texas Insurance Code. Your violations of Chapter 541 include but are not limited to:

---

[1] Tex. Ins. Code § 542A.003(b)(1).
[2] *Id.* § 541.154(b)(1).

WWIC Removal Index 033

(1)     misrepresenting to Claimant a material fact or Policy provision relating to coverage at issue;

(2)     failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which your liability had become reasonably clear;

(3)     failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim under a portion of the Policy with respect to which your liability had become reasonably clear to influence Claimant to settle another claim under another portion of the coverage;

(4)     failing to promptly provide to Claimant a reasonable explanation of the basis in the Policy, in relation to the facts or applicable law, for your denial of a claim or offer of a compromise settlement of a claim;

(5)     failing within a reasonable time to affirm or deny coverage of a claim to Claimant;

(6)     failing within a reasonable time to submit a reservation of rights to Claimant; and

(7)     refusing to pay a claim without conducting a reasonable investigation with respect to the claim.

Moreover, you violated the claims handling and/or payment deadlines set forth in Subchapter B of Chapter 542 of the Texas Insurance Code, including those found in Sections 542.056, .057, and/or .058. Accordingly, you are liable to pay Claimant, in addition to the amount of the claim, penalty interest on the claim as damages together with reasonable and necessary attorneys' fees.

**"[T]he specific amount alleged to be owed by [you] on the claim(s) for damage to or loss of covered property":**[3]

To date, you have paid $0.00 in policy benefits on Claimant's claim under Policy Number NPP8751678 for damage to or loss of covered property. The specific amount alleged to be owed by you on Claimant's claim under Policy Number NPP8751678 for damage to or loss of covered property is $150,000.00 less any voluntary payments of policy benefits made by you on the claim between the date of this notice and entry of judgment, if any.[4]

**"[T]he amount of reasonable and necessary attorneys' fees incurred by Claimant, calculated by multiplying the number of hours actually worked by the claimant's attorney, as of the date the notice is given and as reflected in contemporaneously kept time records, by an hourly rate that is customary for similar legal services":**[5]

---

[3] *Id.* § 542A.003(b)(2).

[4] Claimant seeks other damages against you as a result of your conduct with regard to Claimant's claim under Policy Number NPP8751678, including but not limited to penalty interest, additional damages, and/or consequential damages.

[5] *Id.* § 542A.003(b)(3).

WWIC Removal Index 034

The amount of reasonable and necessary attorneys' fees incurred by Claimant, calculated by multiplying the number of hours actually worked by Claimant's attorney, as of the date the notice is given and as reflected in contemporaneously kept time records, by an hourly rate that is customary for similar legal services, is $8,200.00 as of the date this notice is given.

**"[T]he amount of actual damages and expenses, including attorneys' fees reasonably incurred in asserting the [Chapter 541] claim against [you]":**[6]

As of the date of this notice, the amount of actual damages and expenses, including attorneys' fees reasonably incurred by Claimant in asserting its Chapter 541 claim against you, is $158,200.00.

**Inspection of premises:**[7]

Not later than the 30th day after receiving this notice, you may send a written request to Claimant to inspect, photograph, or evaluate, in a reasonable manner and at a reasonable time, the property that is the subject of the claim. Please direct your written request to my attention and email it to mgerguis@dalyblack.com and ecfs@dalyblack.com.

**Conclusion:**

This is not a settlement demand, but if you are interested in resolving the claims discussed herein, please call and we will be happy to engage in settlement negotiations. But if a satisfactory resolution is not reached in 60 days, Claimant intends to file a lawsuit.

If you have any questions or comments, please feel free to contact me.

Sincerely,

*/s/ Maria Gerguis*

cc:    Danaby Rentals, Inc.

---

[6] *Id.* § 541.154(b)(2).
[7] *See id.* § 542A.004.

WWIC Removal Index 035