UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

## ADR MEMORANDUM TO CLERK OF COURT

(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

DANABY RENTALS, INC.
                                Plaintiff(s)        DIVISION   MCALLEN

V.                                                                 CIVIL ACTION NO. 7:24-CV-00372

WESTERN WORLD INSURANCE COMPANY
                                Defendant(s)

**ADR METHOD:**     Mediation     __X__     Arbitration   _____
                             Mini-trial     _____     Summary Jury Trial  _____

**TYPE OF CASE:**    Property Damage Claim

1. Please check one of the following:
   The case referred to ADR **settled**  __X__  did not settle  ___

2. My total fee and expenses were: $1,500.00.
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   Danaby Rentals, Inc., Plaintiff
   Ms. Maria R. Gerguis, Attorney
   DALY & BLACK, P.C.
   2211 Norfolk Street, Ste. 800
   Houston, Texas 77098
   (713) 655-1405 – telephone
   mgerguis@dalyblack.com – email

   Western World Insurance Company, Defendant
   Mr. Robert G. Hogue, Attorney
   ROBERT G. HOGUE, P.C.
   4514 Cole Avenue, Ste. 600
   Dallas, Texas 75205
   (214) 559-7107 – telephone
   robhogue@msn.com – email

ADR PROVIDER

Name:     Alfred T. Denham

Signature: *[signature]*

Date: 12/22/24
SDTX-ADR-5/(Rev. 6-15-93)