### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | |
|---|---|
| **DANABY RENTALS, INC.,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | Civil Action No. 7:24-cv-00372 |
| § | |
| **WESTERN WORLD INSURANCE** § | |
| **COMPANY,** § | |
| § | |
| **Defendant.** § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Danaby Rentals, Inc. (hereinafter "Plaintiff") and Defendant Western World Insurance Company (hereinafter "Defendant") announce to the Court that the parties have resolved all claims in this matter. Therefore, Plaintiff and Defendant hereby move that this matter be dismissed, with prejudice, as to any and all claims which Plaintiff brought in this case against any and all Defendants.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court grant this Joint Stipulation of Dismissal With Prejudice and enter an Order of Dismissal. The Parties request all such other and further relief to which they may be justly entitled.

Respectfully submitted,

**DALY & BLACK, P.C.**

By: /s/ *Maria R. Gerguis*
Richard D. Daly
State Bar No. 00796429
Southern District No.
rdaly@dalyblack.com
Maria R. Gerguis
State Bar No. 24090355
Southern District No.
mgerguis@dalyblack.com
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Tel: (713) 655-1405
Fax: (713) 655-1587
ecfs@dalyblack.com (service)
**ATTORNEYS FOR PLAINTIFF**

AND

**ROBERT G. HOGUE, P.C.**

By: /s/ *Robert G. Hogue \*w/permission*
Robert G. Hogue
State Bar No. 09811050
4514 Cole Avenue, Suite 600
Dallas, TX 72505
(214) 559-7107
(214) 559-7101 Fax
robhogue@msn.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2025, a true and correct copy of the forgoing was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

/s/ *Maria R. Gerguis*
Maria R. Gerguis