United States District Court
Southern District of Texas
**ENTERED**
February 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DANABY RENTALS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:24-CV-372 |
| | § | |
| WESTERN WORLD INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Came on to be considered the Joint Stipulation of Dismissal of Plaintiff Danaby Rentals, Inc. (hereinafter "Plaintiff") and Defendant Western World Insurance Company (hereinafter "Defendant") to dismiss any and all claims brought by Plaintiff against Defendant. Upon consideration of the Joint Stipulation, the Court is of the opinion that said Joint Stipulation should be, and hereby is, GRANTED in all respects.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that any and all claims of Plaintiff against Defendant are dismissed, with prejudice, to the rights of Plaintiff to re-file same or any part thereof.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all court costs be taxed against the party incurring same. Any relief not expressly granted herein is DENIED.

SO ORDERED February 3, 2025, at McAllen, Texas.

Randy Crane
Chief United States District Judge